IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | No. 07 C 6113 |
| v. | ) | |
| | ) | Honorable Joan B. Gottschall |
| SCOTT SALES COMPANY, INC. | ) | Magistrate Judge Denlow |

**DEFENDANT'S NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2, Defendant Scott Sales Company, Inc. discloses the following affiliates:  James D. Scott and Pearl Scott.

Respectfully submitted,

**SCOTT SALES COMPANY, INC.**

By:   /s/ Alan F. Curley
          One of its attorneys

Alan F. Curley
Lydia A. Bueschel
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Telephone:  (312) 663-3100
Facsimile:  (312) 663-0303
   Attorneys for Defendant Scott Sales Company, Inc.

William W. Gibson  (Pro Hac Vice Application filed herewith)
J. Graham Matherne (Pro Hac Vice Application filed herewith)
Wyatt, Tarrant & Combs, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203
Telephone:  (615) 244-0020
Facsimile:  (615) 256-1726
   Attorneys for Defendant Scott Sales Company, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk of the District Court using the CM/EFC system, which sent notification of such filing to the following individuals:

>Michael P. Mullen
>Scott M. Kolosso
>Mullen & Foster
>203 North Wabash Avenue, Suite 2300
>Chicago, Illinois 60601

/s/ Alan F. Curley