UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Native American Arts, Inc.
        Plaintiff,

v.              Case No.: 1:07−cv−06113
               Honorable Joan B. Gottschall

Scott Sales Company, Inc.
        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Morton Denlow and Morton Denlow for the purpose of holding proceedings related to: settlement conference and discovery supervision.(tlp, )Mailed notice.

Dated: January 9, 2008

                        /s/ Joan B. Gottschall

                        United States District Judge