**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Native American Arts, Inc.
                            Plaintiff,

v.                                                   Case No.: 1:07–cv–06113
                                                 Honorable Joan B. Gottschall

Scott Sales Company, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 18, 2008:

      MINUTE entry before Judge Morton Denlow :Case is set for 3/13/2008 at 02:00 PM. in courtroom 1350 for settlement conference. The parties are directed to review and to comply with Judge Denlow's Standing Order Setting Settlement Conference. Copies are availabe in chambers or through Judge Denlow's web page at www.ilnd.uscourts.gov. Failure to comply with the provisions of the Court's Standing Order Setting Settlement Conference may result in the unilateral cancellation of the settlement conference by the Court. Because of the volume of settlement conferences conducted by Judge Denlow, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Parties are required to deliver to chambers or fax to chambers (312/554–8547) copies of their most recent settlement demands and offers at least three (3) business days prior to the settlement conference.Mailed notice(dmk, ) (Entered: 01/17/2008)Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.