IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIVE AMERICAN ARTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SCOTT SALES COMPANY, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action File No.: 07-CV-6113 <br> Judge Gottschall <br> Magistrate Judge Denlow |

**DEFENDANT SCOTT SALES COMPANY, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND, IN THE ALTERNATIVE, TO TRANSFER ACTION PURSUANT TO 28 U.S.C. §1404(a)**

Defendant Scott Sales Company, Inc. ("Scott Sales") moves the Court to dismiss the Complaint on the grounds that personal jurisdiction over it does not exist in the State of Illinois (Rule 12(b)(2) Fed. R. Civ. P.). In the alternative, Scott Sales moves for transfer of this action to the United States District Court for the Middle District of Tennessee pursuant to 28 U.S.C. §1404(a).

In support of this Motion, and attached hereto are the following exhibits:

Exhibit 1:   Affidavit of James D. Scott, Jr., plus Exhibits A-E;

Exhibit 2:   Affidavit of Jeff Johnstone, plus Exhibits A and B;

Exhibit 3:   Native American Arts Inc.'s Automatic Disclosure Pursuant to Federal Rules of Civil Procedure Rule 26 (attachments not included);

Exhibit 4:   Defendant Scott Sales Company, Inc.'s Initial Disclosures (attachments not included); and

Exhibit 5:   Judicial Caseload Profile Report (2006) for Middle District of Tennessee and Northern District of Illinois.

Also filed herewith is a Memorandum of Fact and Law in Support of this Motion.

This 4th day of March, 2008.

                Respectfully submitted,

                /s/ Alan F. Curley
                Alan F. Curley
                Robinson, Curley & Clayton, P.C.
                Suite 1700
                300 South Wacker Drive
                Chicago, IL  60606
                312-663-3100
                Fax:  312-663-0303

                William W. Gibson (Pro Hac Vice)
                J. Graham Matherne (Pro Hac Vice)
                Wyatt, Tarrant & Combs, LLP
                Suite 1500
                2525 West End Avenue
                Nashville, TN  37203
                615-244-0020
                Fax:  615-256-1726

                Counsel for Defendant Scott Sales Company, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which went notification of such filing to the following individuals:

> Michael P. Mullen, Esq.
> Mullen & Foster
> 203 N. Wabash Avenue
> Suite 2300
> Chicago, IL  60601

>                         /s/ Alan F. Curley