# EXHIBIT 1

## TO

**DEFENDANT SCOTT SALES COMPANY, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND, IN THE ALTERNATIVE, TO TRANSFER ACTION PURSUANT TO 28 U.S.C. §1404(a)**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATIVE AMERICAN ARTS, INC.,      )
                                 )
        Plaintiff,               )
                                 )
v.                               )    Civil Action File No.: 07-CV-6113
                                 )    Judge Gottschall
SCOTT SALES COMPANY, INC.,       )    Magistrate Judge Denlow
                                 )
        Defendant.               )
                                 )

## <u>AFFIDAVIT OF JAMES D. SCOTT, JR</u>

Having been duly sworn, I, James D. Scott, Jr., do attest to the following:

1.      I am of majority age and have personal knowledge of the matters set forth in this Affidavit.

2.      I go by the name, Don Scott, as opposed to my father who is known as James Scott. I am the General Manager and Corporate Treasurer of Scott Sales Company, Inc. (hereinafter "Scott Sales"), which is a Tennessee corporation with its principal place of business in Nashville, Tennessee.

3.      Scott Sales does not own any property in the State of Illinois and does not maintain any office in the State of Illinois.  No owner, officer, employee or agent of Scott Sales lives in or resides in the State of Illinois. No sales representative of Scott Sales has as his/her assigned territory the State of Illinois (or any party of that state) and no representatives of Scott Sales have traveled to Illinois, on behalf of Scott Sales, to attend any sales conventions or trade shows in that state.



EXHIBIT
Exh. 1
Scott Sales
Motion

4.    The business of Scott Sales consists of importing, or purchasing from other importers, low price point souvenirs and knick-knacks which it, in turn, distributes/sells to its customers. Scott Sales does own two retail shops in Nashville, Tennessee – Cotton-Eyed Joe's and Nashville Gift Shop.  Those two shops order product to stock their shelves from Scott Sales and other wholesale distributors.  The only sales made at those two locations are to customers who physically come into those stores in Nashville and purchase items.

5.    Scott Sales offers the imported, low price point souvenir and knick-knacks in three (3) basic ways.  First, we offer all of our items through the sales efforts of the sales representatives (none of whom go to Illinois). Second, we offer all of our items for sale at trade shows and sales conventions (but have been to none in Illinois).  Third, we offer all of our items for sale through our internet website where our offerings can be seen and orders placed.  The Scott Sales website is not targeted toward persons or companies located in Illinois.  The website can be accessed by anyone from anywhere, if they have access to the internet.

6.    For the years 2004-2007, and in relation to all of the items offered for sale by Scott Sales, the total gross sales to persons/entities in Illinois are the following:

2004 -- $1,204

2005 --$      0

2006 -- $1,376

2007 -- $1,451

Scott Sales considers its annual gross sales numbers to be proprietary and confidential, but I can say, without waiving those protections, that the gross annual sales for 2004 – 2007 to Illinois residents amount to well below ½ % (.005) of Scott Sales gross sales figures for those same years.

7.    During this 2004-2007 time frame, only two (2) orders of any of the product over which NAA sues involved Illinois residents – November 2006 order from Double Feature (located in Effingham, Illinois) and April 2007 order from NAA.

8.    The Double Feature November 2006 order was placed at a Gatlinburg, Tennessee trade show where Scott Sales had a booth and was placed by a Double Feature representative with a Scott Sales employee, Jeff Johnstone, at that trade show.  It was not an internet sale. Because Double Feature was located in Effingham, Illinois, the items ordered at the Gatlinburg trade show were shipped from Nashville to Effingham.

9.    On or about April 13, 2000, NAA placed an online order for seventeen (17) items. Attached as Exhibit A to this Affidavit is the invoice for that sale.  The NAA order is the only internet order of the items in question that involves an Illinois resident.  The paperwork relating to that sale (as well as any other sale of Scott Scales items) specifies that Tennessee law governs the sale agreement.  Of the seventeen (17) items ordered by NAA, it sues Scott Sales over sixteen (16) of them.

10.    Scott Sales is identified on the homepage, and throughout its internet website, as an importer and distributor of imported product.  See Exhibit B.  The items offered by Scott Sales are low, price point items and those that are in the traditional "Indian" or "Southwestern" motif are sold at price points well below the price at which authentic Native American items are sold.  I have compared a couple of the Scott Sales items over which NAA sues with a couple of items which NAA offers on its own website.  Attached as Collective Exhibit C to this Affidavit is a portion of the NAA website "Catch Your Dreams" printout received from NAA as part of its initial disclosures.  It shows that NAA sells small authentic Indian vases at $22.00 a pair; it shows that NAA sells 8"–10" high authentic ceramic Indian figurines for $165.00 each, and it

also shows that NAA sells a variety of authentic ornamental Indian knives in a range from $103.00 to $271.00.  Attached as Collective Exhibit D to this Affidavit are some of the items over which NAA sues, as was shown on the Scott Sales internet website.  It is a fact that Scott Sales disputes that any of its items are in competition with any items sold by NAA, in part, because of the price point of the various items.  But to illustrate the price point difference, Scott Sales' small Indian-style vases (Exhibit P to Complaint) are $12.00 per dozen or $1.00 each; Scott Sales' poly-stone Indian-style figurines (8" tall) (Exhibits H-1 and H-2 to Complaint) are $5.00 each; and Scott Sales' Indian-styled knives (Exhibits B, C & O to Complaint) are $10.00 each.  The authentic Indian items offered by NAA are, therefore, anywhere from 10 to 30 times the price of items set forth on Scott Sales website.  In ordering the Scott Sales items, NAA must have been aware of this significant "price point" difference between Scott Sales items and the authentic Native American items it offers for sale.

11.    Scott Sales has identified in its initial disclosures numerous employees and representatives of Scott Sales who are likely to have information relating to this lawsuit and, therefore, would likely testify as witnesses in this matter.  The overwhelming bulk of Scott Sales' employees and representatives all live in or near Nashville (because many of them are sales representatives, the schedules of their sale trips would dictate when they were in or out of the Nashville area).  Very few live outside of Tennessee – e.g., the two independent sales representatives who live in Sylve, North Carolina and Hudson, Florida.  These Scott Sales employees, that live in and around Nashville (including myself), have information and therefore would be expected to testify as to any of the following within their specific knowledge:

   a.    The way in which the items, we are being sued over, are offered or advertised for sale and how they are sold (this would include operations and maintenance of the Scott Sales website);

  b. Whether any of the Scott Sales customers have expressed that those items were offered to them in a way that suggested they were made by Native Americans;

  c. Whether there have been any customer complaints received regarding a customer stating that the items at issue were offered for sale in a way that suggested they were Native American made; and

  d. The way in which the items were bought and/or imported by Scott Sales.

12. Scott Sales has produced to NAA a listing of seventy-four (74) customers which our records show have purchased, in the last 13 months, one or more of the items over which NAA sues. While seventy-four (74) may sound like a large number, I would stress that many of the seventy-four (74) only ordered one or two or the items at issue in this action. In fact, the Scott Sales records show that at most, only $14,006.30 in gross sales of the items has occurred and, of that amount, only $503.00 worth ($343 to NAA and $160 to Double Feature) involved Illinois residents.

13. Attached as Exhibit E to this Affidavit is a listing of those seventy-four (74) customers. NAA is the only Illinois resident listed. Double Feature, the only other Illinois resident to order any of the items in question (and which did so at a Gatlinburg, Tennessee trade show), is not on this list because the Double Feature order was placed in November 2006, which was before the thirteen (13) months captured by the list. Of the seventy-four (74) listed customers, nineteen (19) are in Tennessee (the most of any other state), thirty-one (31) are in states contiguous to Tennessee and fifteen (15) are in the southeastern states of South Carolina and Florida.

14. These customers, who actually ordered some of the items over which NAA sues, are expected to testify regarding the way in which the items were offered or advertised for sale and whether such suggested to them that the items were Native American made. They would

also be expected to testify as to whether any of their retail customers ever expressed to them that the way the items were offered for sale confused them or suggested to them that the items were Native American made.

15.    All of the documents that Scott Sales has in relation to this lawsuit are in Nashville. These documents include documents relating to the Scott Sales website, the ordering and receiving of the items in question by Scott Sales, and the documents that relate to the offering and selling of the items in question to Scott Sales' customers.  Also, all of the Scott Sales' customers in Tennessee (who have purchased any of the product in the past thirteen (13) months) would have their records regarding the order/sale in Tennessee.  The same would be true regarding the non-Tennessee customers -- their records would be wherever they are located, which is predominately in states adjacent to Tennessee and/or in the Southeastern United States.

16.    Effingham, Illinois is located in Southern Illinois.  My check of Map Quest indicated that Effingham is approximately 210 miles from Chicago and approximately 300 miles from Nashville.

17.    Scott Sales is what I would characterize as a small family-owned (i.e., owed by my mother and father) operation.  Defending this action in Nashville would cost Scott Sales less than defending it in Chicago, and the costs of defending this action is something that we expect to be significant to the company.

[remainder of this page intentionally left blank]

FURTHER AFFIANT SAYETH NOT.

James D. Scott, Jr.

STATE OF TENNESSEE    )
                          )  :SS

COUNTY OF DAVIDSON   )

    Personally appeared before me, the undersigned, a Notary Public in and for said County and State, the within named _James D. Scott, Jr._____, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged that she executed the within instrument for the purposes therein contained.

    The foregoing instrument was acknowledged before me this 4th day of March, 2008.

Notary Public

My Commission Expires: May 2, 2011

45367509.4

7

From: Don Scott

**Scott Sales Co Inc**

UPC MIN 054761

ORG. ORDER #
840877

P.O. BOX 100905
34 RUTLEDGE AVENUE, NASHVILLE, TENNESSEE 37210
**WHOLESALE DISTRIBUTORS–NOVELTIES AND SOUVENIRS**

INVOICE #
254113

Telephone (615) 256-8293

**IMPORTANT!!!**
This shipment has been doubled checked. If any breakage or shortage is encountered please contact the delivering carrier at once. Ask for an inspection of damage and instructions for filing a claim for damages. Included in the freight rate is an insurance premium entitling you to collect for loss and damage en route.

BILL TO

SHIP TO

OLD
TO

NATIVE AMERICAN ARTS
MATTHEW MULLEN
17028 OAK PARK AVENUE
TINLEY PARK    IL    60477

SAME

CUST # 105713

| | | | 4/13/07 | 07 | WEB SALE 51 | CREDIT CARD | | |
|---|---|---|---|---|---|---|---|---|
| 4/13/07 | | | 4/13/07 | | UPS | | | 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DA9355 | 1 | DOZ | INDIAN MOCCASIN/6 ASST 1 DZ-BX | 5478195155 | | 12.00 | 12.00 |
| KN079E | 1 | EA | HAND PAINTED INDIAN EAGLE DAGGER ON PLAC | 5478170131 | | 10.00 | 10.00 |
| KN079D | 1 | EA | HAND PAINTED INDIAN DEER DAGGER ON PLAC | 5478197370 | | 10.00 | 10.00 |
| MB2061 | 4 | EA | INDIAN DESIGN ON CANTEEN | 5478198276 | | 6.00 | 24.00 |
| FM2173 | 4 | EA | INDIAN DRUM & TAMBOURINE 2 ASST | 5478198299 | | 6.00 | 24.00 |
| IA1968 | 3 | EA | MANDELLA 12" DRUM /3 ASST | 5478197909 | | 8.00 | 24.00 |
| 97122 | 1 | DOZ | END OF THE TRAIL DREAMCATCHER 7" TALL | 5478197122 | | 42.00 | 42.00 |
| AA1655 | 2 | EA | INDIAN TOMAHAWK ON WOOD PLAQUE | 5478197937 | | 12.50 | 25.00 |
| KE1630 | 4 | EA | INDIAN SITTING STONE FINISH 2 ASST | 5478199418 | | 5.00 | 20.00 |
| ED0351 | 1 | DOZ | MINI INDIAN HEAD BUST 4 ASST 1 DZ-BOX | 5478198229 | | 12.00 | 12.00 |
| ED0156 | 4 | EA | INDIAN VASE W/DRAWINGS & LEATHER-4 ASST | 5478197203 | | 6.00 | 24.00 |
| KN471 | 1 | EA | INDIAN CHIEF 4" KNIFE W/JEWEL TIN BOX | 5478197083 | | 4.00 | 4.00 |
| IA1889 | 6 | EA | PLAINS INDIAN PICTURE CARVED STONE/2ASST | 5478198289 | | 6.00 | 36.00 |
| 3067 | 1 | DOZ | INDIAN WOLF & EAGLE FIGURINES/2 ASST | 5478194897 | | 24.00 | 24.00 |
| DA9356 | 6 | BOX | INDIAN BOOTS 1 PAIR PER BOX/3 ASST PAIRS | 5478197104 | | 5.00 | 30.00 |
| KN079U | 1 | EA | HAND PAINTED INDIAN WOLF DAGGER ON PLAC | 5478197371 | | 10.00 | 10.00 |
| ED0366 | 1 | DOZ | MINI INDIAN VASE-LEATHER 4 ASST 1 DZ-BX | 5478198230 | | 12.00 | 12.00 |

RCVD-CASES

FULL NAME:

SUB-TOTAL    343.00

42
19050

DATE:

DELIVERED BY:

FREIGHT    45.21

INVOICE TOTAL    388.21

312440    APR 13, 2007    ACT WT 93.0 LBS   #PK 3
SERVICE GNDCOM          BILL WT 116.0 LBS
TRACKING# 1Z3124400355579557    ALL CURRENCY USD
REF 1:848877
REF 2:
                            DV AMT 400.00
                            FRT: SHP
HANDLING CHARGE 1.50        SVC 40.71 USD
SHIPMENT PUB RATE CHARGES:
DV 3.00         COD 0.00    RS 0.00
DC 0.00         DG 0.00     SD 0.00
AH 0.00         PR 0.00     SP 0.00
TOT PUB CHG 43.71    PUB+HANDLING 45.21

**EXHIBIT**

Exh. A
Scott Aff.

840877

VISIT OUR WEBSITE WWW.SCOTTSALES.NET

PAGE #    1

VICE CHARGE OF 1½% PER MONTH WILL BE
TO ALL BALANCES OVER 80 DAYS OLD.
AN ANNUAL INTEREST RATE OF 18%.

**OFFICE COPY**
**NO GUARANTEED SALES**

IT IS UNDERSTOOD AND AGREED THAT A REASONABLE ATTORNEY'S FEE WILL BE PAID IF NECESSARY TO TURN OVER THE COLLECTION OF THIS CONTRACT TO AN ATTORNEY.

## Reporting Claims

This shipment has been checked at least twice and packed with care for shipment or delivery. If you have broken or damaged merchandise keep all boxes, inner cartons and packing until claim is satisfied and then follow one of the following procedures:

1-If delivered by Freight Line: Any apparent damage should be noted on driver's paperwork before you sign for the shipment. If concealed damage is discovered later, call the delivering company's claims department to file a claim, the number will be on the bill of lading. If you have any reason to believe there may be broken merchandise in a shipment (battered boxes, rattles, observed rough handling by driver etc.) always write "may be concealed damage" on the bill of lading before you sign.

2-If delivered by UPS or Scott Sales Truck: Call our Customer Service Dept. at 1-800-821-5535 (256-8293 local) and give the shipment info to the Customer Service representative.

**Remember: Always keep all boxes, inner cartons and packing until claim is satisfied**

### Conditions of Sale

**Contract Terms:** The contract formed by the buyer's order is expressly limited to the terms specified herein which supersede the terms of the buyer's order. Any variation from the terms herein will require consent of the seller signed by it's duly authorized representative, any laws or rules of construction notwithstanding. Shipment pursuant to buyer's order containing different or additional terms does not constitute acceptance of such terms.

**Prices:** Prices are subject to change without notice. On any order accepted for shipment, prices in effect on the date of shipment will apply.

**Claims:** Seller shall not be liable to Buyer in any event for special or consequential damages in connection with this sale or the use of the products. Upon delivery buyer shall make prompt inspection and all claims must be made in writing to the seller within sixty (60) days after delivery. All merchandise returned for credit or refund must be in original packing and in new, unused condition. No claim against seller shall be made or allowed or credit given for merchandise returned without prior authority of Seller. Seller does not guarantee the sale of merchandise.

**Right to Cancel:** Seller reserves the right to cancel any order at any time prior to shipment.

**Deposits and Special Orders:** Refunds on deposits made to Seller for special order merchandise will be subject to deductions in the event the order is cancelled by Buyer for costs incurred by Seller on the Buyers behalf. All artwork, mechanicals and film used by Seller will remain the property of Seller irregardless which party paid for the costs to create them.

**Force Majeure:** All orders are subject to acceptance by Seller, if accepted, Seller agrees to fill all orders with reasonable promptness but shall not be held responsible for losses resulting from delays in filling orders or failure to make delivery by reason of partial or total interruption of transportation, inability to obtain essential supplies or transportation, manufacturing interruptions caused by fire, floods, labor disputes, or breakdown of facilities, war conditions in this or any other country, riots, interference's of civil or military authority, granting of or failure to receive priorities or allocations, compliance with any order, recommendation or request of any governmental authority or agency, or any causes whatever beyond Seller's control. The Seller reserves the right to pro-rate available supply amongst its customers.

**Default Remedies:** If Buyer fails to duly perform each of it's obligations under this Agreement, including the prompt making of all payments due hereunder, or if at anytime an assignment is made for the benefit of Buyers creditors, or if a voluntary or involuntary petition for bankruptcy is filed by or against Buyer, or a receiver is appointed for Buyer's property, Seller may, at it's option, terminate this agreement, and have all rights and remedies applicable by law, and Buyer shall pay all costs and expenses including reasonable attorney's fees, the fees of collecting agencies, and other expenses incurred by Seller in enforcing any of the terms or conditions hereunder. Seller shall not have waived any of it's rights hereunder by reason of its failure to assert it's rights.

**Entire Agreement:** This agreement shall constitute the entire agreement between Buyer and Seller notwithstanding inconsistent or additional terms and conditions in Buyer's purchase orders or other documents or verbal statements or representations made by any Seller employee. No modification of this Agreement or waiver of any of it's provisions shall be effective unless in writing.

**Assignment:** This agreement shall not be assigned by Buyer without the prior written consent of Seller.

**Law:** This agreement shall be governed by and construed in accordance with the laws of the state of Tennessee.

WR00ds



# GIFTS, APPAREL, NOVELTIES, BOOKS, JEWELRY, AND MUCH MORE !



 

| quick search | Advanced Search | Contact | Guarantee | Order Tips | Order Info | Shipping Info |

Scott Sales Company, Inc. - 34 Rutledge Ave. - P.O. Box 100905 - Nashville, TN 37210 - 615-256-8293

CUSTOMER LOGIN
- Click to Login

PRODUCTS
Close Outs
Atlanta
Books
Branson
Caps & Hats
Car Tags & Signs
Cats & Dogs
Chickens & Roosters
Christmas
Civil War
Die Cast Cars & Trucks
Elvis Presley
Film, Cameras & Batteries
Florida
Georgia
Gifts
Indian
Jewelry
Kentucky
Collector Knives
Leather Goods
Magnets
Memphis
Missouri
Nashville
Nashville Postcards
North Carolina
Novelties
Religious
Smoky Mountains
South Carolina
Sunglasses
Tennessee
Western

 **HOT DEALS**

| Magnets | Caps & Hats | Smoky Mountains |

    (Smoky Mountains bear image)

**Magnets GREAT SMOKY MOUNTAINS EMBROIDERY BEAR MAGNET. 2 DOZ PER PACKAGE.**
Item# 2920SM

**$24.00 PKG**

**Caps & Hats RHINESTONE "REDNECK WOMAN" BLACK CAP WITH WHITE SANDWICH BILL.**
Item# 2656RN

**$48.00 DOZ**


**Smoky Mountains GREAT SMOKY MOUNTAINS EMBROIDERY BEAR MAGNET. 2 DOZ PER PACKAGE.**
Item# 2920SM

**$24.00 PKG**

Advanced Search | Contact | Guarantee | Order Tips | Order Info | Shipping Info | Map |



**EXHIBIT**
Exh. B
Scott Aff.

# Native American Arts

Authentic Native American Art Craft & Jewelry

Native American Arts

CatchYourDreams.com - Front Door | Home | Contact Us | Shop | Site Map | View Cart

Customer service phone: 708-532-0711
Customer service e-mail: CService@CatchYourDreams.com
Sales phone:             708-532-0711
Sales e-mail:            CService@CatchYourDreams.com

## Chippewa

Chippewa

**Native American Indian Ceramic Figurine - Wedding Vases (Pair)**

Collectible Native American Indian Made Wedding Vases (Pair) Ceramic Figurine



**Price: $22.00**

Quantity:  1

Add to Shopping Cart

**EXHIBIT**
Collective
Exh. C
Scott Aff.

Native American Indian Ceramic Figurine - Wedding Vases (Pair)



click any thumbnail to view full-size image

Authentic hand-made collectible Native American Indian Ceramic Figurine - Shelf-sitter Indian Boy. 3.5 & 2.5-in. ceramic Indian figurine Wedding Vases (Pair) in White coloring. Approx. 3.5 & 2.5h x 3w x 2d in. Chippewa made. Usually ships within 24-48 hours.

CatchYourDreams.com™   NativeAmericanArtsInc.com™

*Catch Your Dreams with Native American Arts™*



# Native American Arts

Authentic Native American Art Craft & Jewelry

Native American Arts

Customer service phone: 708-532-0711
Customer service e-mail: CService@CatchYourDreams.com
Sales phone: 708-532-0711
Sales e-mail: CService@CatchYourDreams.com

**CatchYourDreams.com - Front Door  |  Home  |  Contact Us  |  Shop  |  Site Map  |  View Cart**

## Stockbridge-Munsee

Stockbridge-Munsee

**Native American Indian Ceramic Figurine - Medicine Man Healing Child**

Collectible Native American Indian Made Medicine Man Healing Child Ceramic Figurine

**Price: $165.00**

Quantity:  1

Add to Shopping Cart

Native American Indian Ceramic Figurine - Medicine Man Healing Child



click any thumbnail to view full-size image

Authentic hand-made collectible Native American Indian Ceramic Figurine - Medicine Man
Healing Child. 10-in. ceramic Indian figurine Medicine Man Healing Child with Medicine Shield
& Offering Pipe in various coloring. Approx. 10h x 6w x 6d in. Stockbridge-Munsee made.
Usually ships within 24-48 hours.

CatchYourDreams.com™    NativeAmericanArtsInc.com™

*Catch Your Dreams with Native American Arts™*

# Native American Arts

### Authentic Native American Art Craft & Jewelry

Customer service phone: 708-532-0711
Customer service e-mail: CService@CatchYourDreams.com
Sales phone: 708-532-0711
Sales e-mail: CService@CatchYourDreams.com

**CatchYourDreams.com - Front Door  |  Home  |  Contact Us  |  Shop  |  Site Map  |  View Cart**

## Stockbridge-Munsee

Stockbridge-Munsee

**Native American Indian Ceramic Figurine - Mother and Child & Baby**

Collectible Native American Indian Made Mother and Child & Baby Ceramic Figurine



— **Price: $165.00**

Quantity: 1

Add to Shopping Cart

Native American Indian Ceramic Figurine - Mother and Child & Baby



click any thumbnail to view full-size image

Authentic hand-made collectible Native American Indian Ceramic Figurine - Mother and Child & Baby. 8-in. ceramic Indian figurine Mother and Child with Baby in Papoose in various coloring. Approx. 8h x 5w x 5d in. Stockbridge-Munsee made. Usually ships within 24-48 hours.

CatchYourDreams.com™     NativeAmericanArtsInc.com™

*Catch Your Dreams with Native American Arts*™



## Native American Arts

Authentic Native American Art Craft & Jewelry

Customer service phone: 708-532-0711
Customer service e-mail: CService@CatchYourDreams.com
Sales phone: 708-532-0711
Sales e-mail: CService@CatchYourDreams.com

CatchYourDreams.com - Front Door | Home | Contact Us | Shop | Site Map | View Cart

**Peoria**

Peoria

**Native American Indian Ornamental Knife - Indian Face & Eagle OR Buffalo**

Collectible Native American Indian Made
Indian Face & Eagle OR Buffalo-design
Ornamental Knife with Carved Antler-handle
and Stone Inlays. ***SOLD
SEPARATELY***

**Price: $102.95**



Depiction:    Indian Face and an Eagle

Quantity:    1

Add to Shopping Cart

Native American Indian Ornamental Knife - Indian Face & Eagle OR Buffalo



click any thumbnail to view full-size image

Authentic hand-made collectible Native American Indian Ornamental Knife - Indian Face & Eagle OR Buffalo. 4-inch Hand-carved and Polished Shed Stag Antler and 440C Stainless Steel Collector Knife with Inlayed Semiprecious Stones depicting an Indian Face & Eagle OR Buffalo. ***SOLD SEPARATELY*** Comes with Self-healing Cork-inlayed Wooden Display Base and a Certificate of Authenticity. Approx. 4t by 2w by 2d in. Peoria made. Usually ships within 24-72 hours. PLEASE NOTE: This price is for ONE knife; to get the pair, order twice with the appropiate product option selection. Usually ships within 48-72 hours.

CatchYourDreams.com™

Native American Indian Ornamental Knife - Indian Face & Eagle OR Buffalo

*Catch Your Dreams with Native American Arts™* NativeAmericanArtsInc.com™



## Native American Arts

Authentic Native
American Art Craft
& Jewelry

Native American Arts

Customer service phone: 708-532-0711
Customer service e-mail: CService@CatchYourDreams.com
Sales phone:            708-532-0711
Sales e-mail:           CService@CatchYourDreams.com

CatchYourDreams.com - Front Door  |  Home  |  Contact Us  |  Shop  |  Site Map  |  View Cart

## Peoria

Peoria

**Native American Indian Ornamental
Knife - Buffalo Head**

Collectible Native American Indian Made
Buffalo Head-design Ornamental Knife with
Carved Antler-handle and Stone Inlays



**Price: $144.95**

Quantity:  1

Add to Shopping Cart

Native American Indian Ornamental Knife - Buffalo Head



click any thumbnail to view full-size image

Authentic hand-made collectible Native American Indian Ornamental Knife - Buffalo Head. 8-inch Hand-carved and Polished Shed Stag Antler and 440C Stainless Steel Collector Knife with Inlayed Semiprecious Stones depicting an Buffalo Head. Comes with Self-healing Cork-inlayed Wooden Display Base and a Certificate of Authenticity. Approx. 8t by 2w by 2d in. Peoria made. Usually ships within 24-72 hours.

CatchYourDreams.com™    NativeAmericanArtsInc.com™

*Catch Your Dreams with Native American Arts™*



# Native American Arts

Authentic Native American Art Craft & Jewelry

Customer service phone: 708-532-0711
Customer service e-mail: CService@CatchYourDreams.com
Sales phone:              708-532-0711
Sales e-mail:             CService@CatchYourDreams.com

CatchYourDreams.com - Front Door | Home | Contact Us | Shop | Site Map | View Cart

## Peoria

Peoria

**Native American Indian Ornamental Knife - Eagle & Wolf Head and Bear Paw**

Collectible Native American Indian Made Eagle & Wolf Head and Bear Paw-design Ornamental Knife with Carved Antler-handle and Stone Inlays

**Price: $210.95**



Quantity:  1

Add to Shopping Cart

Native American Indian Ornamental Knife - Eagle & Wolf Head and Bear Paw



click any thumbnail to view full-size image

Authentic hand-made collectible Native American Indian Ornamental Knife - Eagle & Wolf Head and Bear Paw. 9-inch Hand-carved and Polished Shed Stag Antler and 440C Stainless Steel Collector Knife with Inlayed Semiprecious Stones depicting an Eagle & Wolf Head and Bear Paw. Comes with Self-healing Cork-inlayed Wooden Display Base and a Certificate of Authenticity. Approx. 9t by 2w by 2d in. Peoria made. Usually ships within 24-72 hours.

CatchYourDreams.com™    NativeAmericanArtsInc.com™

*Catch Your Dreams with Native American Arts™*

# Native American Arts

Authentic Native American Art Craft & Jewelry

Customer service phone: 708-532-0711
Customer service e-mail: CService@CatchYourDreams.com
Sales phone: 708-532-0711
Sales e-mail: CService@CatchYourDreams.com

CatchYourDreams.com - Front Door | Home | Contact Us | Shop | Site Map | View Cart

Peoria

**Native American Indian Ornamental Knife - Eagle and Buffalo Head**

Collectible Native American Indian Made Eagle and Buffalo Head-design Ornamental Knife with Carved Antler-handle and Stone Inlays

**Price: $270.95**



Quantity: 1

Add to Shopping Cart

Native American Indian Ornamental Knife - Eagle and Buffalo Head



click any thumbnail to view full-size image

Authentic hand-made collectible Native American Indian Ornamental Knife - Eagle and Buffalo Head. 9-inch Hand-carved and Polished Shed Stag Antler and 440C Stainless Steel Collector Knife with Inlayed Semiprecious Stones depicting an Eagle and Buffalo Head. Comes with Self-healing Cork-inlayed Wooden Display Base and a Certificate of Authenticity. Approx. 9t by 2w by 2d in. Peoria made. Usually ships within 24-72 hours.

CatchYourDreams.com™    NativeAmericanArtsInc.com™

*Catch Your Dreams with Native American Arts™*



**MINI INDIAN VASES W/ LEATHER**

4 ASS'T 1 DZ PER BOX

Item# ED0366

**$12.00 DOZ**

**EXHIBIT**
Collective
Exh. D
Scott Aff.



**INDIAN SITTING STONE FINISH FIGURINES. 2 ASSORTED. HAND PAINTED POLY-STONE.**

8"T X 5 1/2"W. MIN= 4EA. CASE= 12EA @ $4.40/EA. EYL.
Item# KE1630 **$5.00 EA**



**HAND PAINTED INDIAN DEER DAGGER ON WALL PLAQUE.**

12"L KNIFE. MIN= 1EA. CASE= 24EA. YYL.
Item# KN879D  **$10.00 ea**



**HAND PAINTED INDIAN EAGLE DAGGER ON WALL PLAQUE.**

12"L KNIFE. MIN= 1EA. CASE= 24EA. YAL.

Item# KN879E   $10.00ea



**HAND PAINTED INDIAN WOLF DAGGER ON WALL PLAQUE.**

12"L KNIFE. MIN= 1EA. YYL.

Item# KN879W $10.00 ea

| Cust # | Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 10001600 | BEAN POT RESTAURANT | 590 PEAVINE RD. | I-40, EXIT 322 | CROSSVILLE | TN | 38558 |
| 10018500 | THE JIM STAFFORD THEATRE | 3440 W HWY 76 | PO BOX 6366 | BRANSON | MO | 65616 |
| 10022800 | JOKER JOE'S TRUCK STOP | 448 INDEPENDENCE BLVD | PO BOX 671 | HARDEEVILLE | SC | 29927 |
| 10023100 | AYUSHI, INC. | 35 MONTAGUE ST | | RICEBORO | GA | 31323 |
| 10025700 | LAKEVIEW GROCERY | & SPORTING GOODS | 15555 HWY 79 N | BUCHANAN | TN | 38222 |
| 10027600 | ALLEN BRUTTO D/B/A | LORETTA LYNN RANCH | 44 HURRICANE MILLS ROA | HURRICANE MILLS | TN | 37078 |
| 10034800 | STAN'S RESTAURANT & CO. STORE | 1555 BEAR CREEK PIKE | | COLUMBIA | TN | 38401 |
| 10037400 | TENNESSEAN TRUCK STOP | 3686 PULASKI HWY. | I-65 & HWY. 31-A, EXIT 22 | CORNERSVILLE | TN | 37047 |
| 10037600 | TEX-O-KAND | P.O. BOX 529 | | WALTERBORO | SC | 29488 |
| 10039400 | SMITH'S SUPER STORE | 9039 OLD #6 HWY | P.O. BOX 98 | SANTEE | SC | 29142 |
| 10046900 | SELF SERVE AMOCO | 1404 SNIDERS HWY | PO BOX 529 | WALTERBORO | SC | 29488 |
| 10075100 | STUCKEY'S #201 | 500 BUFF BLVD | P O BOX 218 | SUMMERTON | SC | 29148 |
| 10079000 | STUCKEY'S PECAN #176 | 105 FARLEY ROAD | PO BOX 1265 | DILLON | SC | 29536 |
| 10117300 | WILHITE TRAVEL CENTER | 155 HWY 138 | | DENMARK | TN | 38391 |
| 10128400 | FIDDLER'S INN MOTEL | 2410 MUSIC VALLEY DR | | NASHVILLE | TN | 37214 |
| 10134300 | OZARK AIRHOST ATTN: GIFT SHOP | 5000 WEST KEARNEY | SUITE # 1 | SPRINGFIELD | MO | 65803 |
| 10139000 | COTTON EYED JOE OF NASHVILLE | 200 BROADWAY | | NASHVILLE | TN | 37201 |
| 10139600 | NASHVILLE GIFTS | 410 BROADWAY | | NASHVILLE | TN | 37203 |
| 10158700 | NORTH 40 TRUCK STOP | P.O. BOX 504 | | CAMDEN | TN | 38320 |
| 10182300 | ATLANTA SOUTH 75 AUTO T/P | 122 TRUCK STOP WAY | P.O. BOX 967 | JACKSON | GA | 30233 |
| 10225400 | STEWARDS ENT MARATHON | I-75 EXIT 29 | 34 ADAMS ROAD | CORBIN | KY | 40701 |
| 10242300 | RED BARN GIFT SHOP & | GARDEN CENTER | 1856 DELLWOOD ROAD | WAYNESVILLE | NC | 28786 |
| 10310800 | GA-FLA SOUVENIRS | 834 EAST HILTON AVENUE | | KINGSLAND | GA | 31548 |
| 10350100 | INTERSTATE SHELL | 1071 SUMTER HWY. | | BISHOPVILLE | SC | 29010 |
| 10364600 | ALL AMERICAN FIREWORKS, INC. | 15967 WHYTE HARDEE BLVD | P.O. BOX 427 | HARDEEVILLE | SC | 29927 |
| 10365200 | RACCOON MTN CAVERNS | 319 W HILLS DR | | CHATTANOOGA | TN | 37419 |
| 10374800 | PINEVIEW EXXON | 7585 MYRTLE BEACH HWY | P.O. BOX 319 | GABLE | SC | 29051 |
| 10383700 | GATOR PARK | 24050 SW 8TH STREET | | MIAMI | FL | 33184 |
| 10391100 | ATKINSONS CIGARETTE LAND | EXIT 17 & I-95 | 3005 WEST 5TH ST. | LUMBERTON | NC | 28358 |
| 10393500 | SAD SAM'S FIREWORKS | 8736 HWY 25E | I-65 EXIT 112 | CROSS PLAINS | TN | 37049 |
| 10393700 | CRAZY ED'S | 547 HWY 309 | PO BOX 507 | NIOTA | TN | 37826 |
| 10397300 | SUNTERRA RESORT RPM | ATTN BECKY | ONE FALL CREEK DRIVE | BRANSON | MO | 65616 |
| 10429400 | I 24-41A TRUCKSTOP CHEVRON | ATTN: ANGIE HILL | P.O. BOX 31 | OAK GROVE | KY | 42262 |
| 10436100 | JELLY BELLIES MOUNTAIN G/S | 3477 SOCO ROAD, US 19 | PO BOX 991 | MAGGIE VALLEY | NC | 28751 |
| 10437300 | BORDER SHELL | 14798 HWY 501 SOUTH | PO BOX 278 | ROWLAND | NC | 28383 |
| 10456700 | SUMMIT SOUVENIRS INC | P.O. BOX 208 | | JELLICO | TN | 37762 |
| 10472500 | FORGOTTEN PAST INC | 3390 US HWY 68E | | BENTON | KY | 42025 |
| 10475700 | LCL, INC. D/B/A | GRAYLINE - STE 102 | 2416 MUSIC VALLEY DRIVE | NASHVILLE | TN | 37214 |
| 10479000 | PETRO #30 | TRAVEL STORE | 554 W GLENDALE HODGEN | GLENDALE | KY | 42740 |
| 10486400 | LAWTON OIL CO INC | PO BOX 458 | | ESTILL | SC | 29918 |
| 10486900 | MACK'S KNIFE SHOP & BULL PEN | 5-A GAPVIEW ROAD | | CONWAY | AR | 72032 |
| 10488800 | RAVENHAWK GIFTS & COLLECTIBLES | P O BOX 1070 | | WHITTIER | NC | 28789 |
| 10495300 | JR FOOD MART - CITGO | 2806 MEMORIAL BLVD | | SPRINGFIELD | TN | 37172 |
| 10515800 | DICKENS GIFT SHOPPE | 3630 WEST HWY 76 | | BRANSON | MO | 65616 |
| 10518300 | J T OUTLET | 894 NO MOUNTAIN STREET | PO BOX 447 | BLACKSBURG | SC | 29702 |
| 10521700 | CHEEKY MONKEY GIFTS | 5320 53RD AVE EAST Q-41 | | BRADENTON | FL | 34203 |
| 10522800 | COWBOY'S CORNER | 118 SO PEARL | | PAGELAND | SC | 29728 |
| 10525500 | GRIFFINS FOOD STORES, INC. | 4104 SUNSET AVE. | | ROCKY MOUNT | NC | 27804 |
| 10529800 | COUNTRY CANDY KITCHEN II | 3341 PARKWAY | | PIGEON FORGE | TN | 37863 |
| 10530200 | CABINTOWNE VARIETY INC | 13022 WINDSOR BLVD | | WINDSOR | VA | 23487 |
| 10546600 | EXXON FOOD MART | 4454 HWY 17 NORTH | | RICHMOND HILL | GA | 31324 |
| 10555300 | FIVE & DIME GENERAL STORE | 101 BRANSON LANDING | | BRANSON | MO | 65616 |
| 10556100 | NEWSOM OIL COMPANY | ATTN: ACCOUNTS PAYABLE | 1503 WEST 10TH STREET | ROANOKE RAPIDS | NC | 27870 |
| 10557800 | ROSA'S LOST TREASURE CHEST | 102 WEST MAIN | | BRANSON | MO | 65616 |
| 10567800 | SIMBABLUENOBI | ROBERT RITCHER | 37755 ROW RIVER ROAD | DORENA | OR | 97434 |
| 10567900 | UNIQUE RUSTIC DESIGNS | DIANA IEPPERT | 699 VZ. CR. 1920 | FRUITVALE | TX | 75127 |
| 10568500 | SILVER DOLLAR CITY | ATTN: ACCOUNTS PAYABLE | 399 INDIAN POINT ROAD | BRANSON | MO | 65616 |
| 10569500 | MILLER'S GIFTS GALORE | JUNE MILLER | 764 TAYLORTOWN ROAD | MANSFIELD | OH | 44903 |
| 10569800 | SAS SALES | SHIRLEY STOBERL | 13 HAROLD PLACE | LANCASTER | NY | 14086 |
| 10569900 | H&H RECREATION PROPERTIES INC | DBA OKLAHOMA CITY E KOA | 6200 SO CHOCTAW ROAD | CHOCTAW | OK | 73020 |
| 10571300 | NATIVE AMERICAN ARTS | MATTHEW MULLEN | 17028 OAK PARK AVENUE | TINLEY PARK | IL | 60477 |
| 10571400 | JACOBSON APPRAISALS | 5242 OVERLOOK DRIVE | | MINNEAPOLIS | MN | 55437 |
| 10571500 | HORSEPLAY NIAGARA, INC | C/O TRUDY BOSS | 4127 LORING AVENUE | BUFFALO | NY | 14219 |
| 10571900 | DILLARD NUTRITION/BEAR CTRY GI | ROBERT HENDERSON | 140 ALBIE ROGERS LANE | DILLARD | GA | 30537 |
| 10573100 | LOON RIVER | BOB RENWICK | 2834 FILLMORE ST NE | MINNEAPOLIS | MN | 55418 |
| 10578200 | STEVE'S BACK PORCH | STEVE KIMMONS | 505 FRIAR TUCK ROAD | WOODSTOCK | GA | 30188 |
| 10579000 | BEE DISCOUNT | 106 WEST MAIN | | BRANSON | MO | 65616 |
| 10610900 | MAGGIE PHOTO CO. | 3451 SOCO ROAD | P O BOX 1209 | MAGGIE VALLEY | NC | 28751 |
| 10623200 | DOLLYWOOD | ACCOUNTS PAYABLE | 1020 DOLLYWOOD LANE | PIGEON FORGE | TN | 37863 |
| 10627700 | WELK RESORT CENTER & | CHAMPAGNE THEATER | 1984 STATE HIGHWAY 165 | BRANSON | MO | 65616 |
| 10649400 | BOB EVANS GENERAL STORE | 200 RUDY CIRCLE | | NASHVILLE | TN | 37214 |
| 10649700 | PETRO SHELL CONVENIENCE STORE | 3001 TV ROAD | | FLORENCE | SC | 29501 |
| 10691300 | STEWARDS BP | 34 ADAMS ROAD | | CORBIN | KY | 40701 |
| 10720900 | CORBITT PARTNERS LLC | DBA KENLY TA TRUCKSTOP | 923 JOHNSTON PARKWAY | KENLY | NC | 27542 |

Exh. E    Scott Aff.