# EXHIBIT 2

## TO

## DEFENDANT SCOTT SALES COMPANY, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND, IN THE ALTERNATIVE, TO TRANSFER ACTION PURSUANT TO 28 U.S.C. §1404(a)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIVE AMERICAN ARTS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action File No.: 07-CV-6113 ) Judge Gottschall ) Magistrate Judge Denlow |
| SCOTT SALES COMPANY, INC., | ) ) |
| Defendant. | ) ) |

### AFFIDAVIT OF JEFF JOHNSTONE

Having been duly sworn, I, Jeff Johnstone, attest to the following:

1. I am of majority age and have personal knowledge of the contents of this Affidavit.

2. I am employed by Scott Sales Company, Inc. (hereinafter "Scott Sales") as a customer service representative. I live in Nashville, Tennessee.

3. As part of my job with Scott Sales, I will attend trade shows and "man" booths set up by Scott Sales at those trade shows. I have never attended any trade shows in Illinois and am unaware of any Scott Sales people ever attending any such events in Illinois.

4. I did attend a trade show -- the Smokey Mountain Gift Show – in Gatlinburg, Tennessee back in November, 2006. I was present at the Scott Sales booths set up at that trade show.

5. Double Feature, a company out of Effingham, Illinois, had a representative at the Gatlinburg, Tennessee trade show. I took an order of product from that representative for various items that were being displayed by Scott Sales at that trade show, including some items over which NAA sues in this lawsuit. Attached as Exhibit A is a copy of the handwritten order

**EXHIBIT**
Exh. 2
Scott Sales
Motion

form. The handwriting on that order form is mine. Attached as Exhibit B is a copy of the invoice on that sale to Double Feature.

6. The Double Feature order was not an internet order, but rather one placed by the Double Feature representative with me at the Gatlinburg, Tennessee trade show. Because Double Feature was located in Effingham, Illinois, the product ordered by it was shipped from Nashville to Effingham.

7. As noted earlier, the items ordered by Double Feature included some of the items over which Native American Arts sues. The items displayed at the Scott Sales booth, and the packaging for all those items, all had "Made in China" or "China" noted on them.

8. If called to testify in this matter, I could testify about the Double Feature sale and could also testify that I have never heard or otherwise been aware of any customer of Scott Sales stating that they felt that we offered the items in question in this lawsuit in a way that suggested the items were made by Native Americans. I could also testify concerning my knowledge of how Scott Sales product is offered and sold to its customers and how orders of product are taken from Scott Sales customers.

[remainder of this page intentionally left blank]


FURTHER AFFIANT SAYETH NOT.

                                                                  _____
                                                                  Jeff Johnstone

STATE OF TENNESSEE    )
                                              )    :SS
COUNTY OF DAVIDSON  )

       Personally appeared before me, the undersigned, a Notary Public in and for said County and State, the within named Jeff Johnstone, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged that she executed the within instrument for the purposes therein contained.

       The foregoing instrument was acknowledged before me this 4th day of March, 2008.

                                                                  _____
                                                                  Notary Public

My Commission Expires: May 2, 2011

45367533.2

*[Notary seal: TAMMY JOHNSON, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, TENN. My Commission Expires MAY 2, 2011]*

3

# Scott Sales Co Inc

P.O. BOX 100905
34 RUTLEDGE AVENUE, NASHVILLE, TENNESSEE 37210
WHOLESALE DISTRIBUTORS—NOVELTIES AND SOUVENIRS
Telephone 256-8293

$432    104823

Pg. 1 of 3
(Ill. 217-343-4658)

**SOLD TO:** Donals Trains (New Account) 11/6/06
#60 Village Square Mall
Effingham, IL. 62401
217-347-5404

**IMPORTANT!!!** This shipment has been double-checked. If any breakage or shortage is encountered please contact the delivering carrier at once. Ask for an Inspection of damage and instructions for filing a claim for damages. Included in the freight rate is an insurance premium entitling you to collect for loss and damage en route.    10 5632

| PURCHASE ORDER NO. | DATE OF ORDER | SALESMAN | TERMS: | FREIGHT CHARGE |
|---|---|---|---|---|
|  | 11/4/06 | JJ-31 | COD |  |
| INVOICE DATE | SHIPPING DATE ASAP | SHIPPED VIA UPS - Will Give CC# CALLED WHEN | | NO. OF CASES |

| ITEM NO. | QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| Si5679 | 1 bx | Turquoise Bird |  | 38 - |
| Si6403 | 1 bx | (bsul) |  | 24 - |
| 50350 | 1 bx | El Camino 5 |  | 21 - |
| Si6056 | 1 bx | Firebird |  | 24 - |
| 24324 | 1 bx | Olds |  | 24 - |
| 30568 | 1 bx | Rood |  | 21 - |
| Si6053 | 1 bx | " |  | 24 - |
| Si5541 | 1 bx | " |  | 24 - |
| 220894 | 1 bx | " |  | 24 - |
| Si8503 | 1 bx | " |  | 21 - |
| Si5681 | " | " |  | " |
| Si5410 | " | " |  | " |
| Si6047 | " | " |  | " |
| Si5432 | " | " |  | " |
| Si5665 | " | " |  | " |
| Si5485 | " | " |  | " |
| Si5001 | " | " |  | " |
| 20934 | " | " |  | " |
| Si6452 | " | " |  | " |
| Si5590 | " | " |  | " |
| Si5497 | " | " |  | " |
| Si5682 | " | " |  | 48 - |
| 27125 | 1 pcs | Dream Catcher |  |  |

**EXHIBIT** Exh. A Johnstone Aff.

A SERVICE CHARGE OF 1½% PER MONTH WILL BE ADDED TO ALL BALANCES OVER 60 DAYS OLD. THIS IS AN ANNUAL INTEREST RATE OF 18%.

IT IS UNDERSTOOD AND AGREED THAT A REASONABLE ATTORNEY'S FEE WILL BE PAID IF NECESSARY TO TURN OVER THE COLLECTION OF THIS CONTRACT TO AN ATTORNEY.

**NO GUARANTEED SALES**

# Scott Sales Co Inc

P.O. BOX 100905
34 RUTLEDGE AVENUE, NASHVILLE, TENNESSEE 37210
**WHOLESALE DISTRIBUTORS—NOVELTIES AND SOUVENIRS**
Telephone 256-8293

104824

**SOLD TO:** T.

**IMPORTANT!!!** This shipment has been double checked. If any breakage or shortage is encountered please contact the delivering carrier at once. Ask for an inspection of damage and instructions for filing a claim for damages. Included in the freight rate is an insurance premium entitling you to collect for loss and damage en route.

| PURCHASE ORDER NO. | DATE OF ORDER | SALESMAN | TERMS | FREIGHT CHARGE |
|---|---|---|---|---|
| INVOICE DATE | SHIPPING DATE | SHIPPED VIA | | NO. OF CASES |

| ITEM NO. | QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| Si5616 | 1 Dx | Cars | | 24 - |
| Si6646 | " | " | | " |
| Si5121 | " | " | | " |
| Si5472 | " | " | | " |
| 30230 | " | " | | " |
| Si5399 | " | " | | " |
| Si6602 | | | | |
| Si6493 | | | | |
| Si5494 | | | | |
| Si5489 | | | | |
| Si4980 | | | | |
| Si3475 | | | | |
| Si5489 | | | | |
| Si5645 | | | | |
| ~~YN335D~~ | | | | |
| ~~771806~~ | | | | |
| Ku8798 | 2 ea | Knifes | 10 - | 20 - |
| Si5133 | 1 Dx | | | |
| Ku8796 | 2 ea | Knifes | 10 - | 20 - |
| Ku768 | 4 ea | W Knifes | 15 - | 60 - |
| Ku767 | 4 ea | Billy " | 15 - | 60 - |
| T39441 | 12 ea | Little Dg | 3 - | 36 - |

A SERVICE CHARGE OF 1½% PER MONTH WILL BE ADDED TO ALL BALANCES OVER 60 DAYS OLD. THIS IS AN ANNUAL INTEREST RATE OF 18%.

IT IS UNDERSTOOD AND AGREED THAT A REASONABLE ATTORNEY'S FEE WILL BE PAID IF NECESSARY TO TURN OVER THE COLLECTION OF THIS CONTRACT TO AN ATTORNEY

**NO GUARANTEED SALES**

# Scott Sales Co Inc

P.O. BOX 100905
34 RUTLEDGE AVENUE, NASHVILLE, TENNESSEE 37210
**WHOLESALE DISTRIBUTORS—NOVELTIES AND SOUVENIRS**
Telephone 256-8293

10482

3 of 3

**IMPORTANT!!!**
This shipment has been double checked. If any breakage or shortage is encountered please contact the delivering carrier at once. Ask for an inspection of damage and instructions for filing a claim for damages. Included in the freight rate is an insurance premium entitling you to collect for loss and damage en route.

SOLD TO:

| PURCHASE ORDER NO. | DATE OF ORDER | SALESMAN | TERMS: | FREIGHT CHARGE |
|---|---|---|---|---|
| INVOICE DATE | SHIPPING DATE | SHIPPED VIA | | NO. OF CASES |

| ITEM NO. | QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| T61824 | 2 ea | Buffalo Dream Catcher | 12 — | 24 |
| T68320 | 6 ea | Tom Pipe | 5 — | 30 |
| E06114 | 2 ea | Pedal Dy | 7 — | 14 |
| E06119 | 1 oz | | | |
| 8A1387 | 6 ea | Indian Rock | 6 — | 36 |
| M62861 | 6 ea | Carissw | 6 — | 36 |
| Am1599 | 1 x | Arrowhead | | |
| E00343 | 1 2c | Indian Pottery | | 34 |
| E00166 | 4 ea | " " | 6 — | 34 |

$1248

10482 3
P

Visa-Debit (444.00)
4158-2400-0000-9187 Exp. 11-08

A SERVICE CHARGE OF 1½% PER MONTH WILL BE ADDED TO ALL BALANCES OVER 60 DAYS OLD. THIS IS AN ANNUAL INTEREST RATE OF 18%.

IT IS UNDERSTOOD AND AGREED THAT A REASONABLE ATTORNEYS FEE WILL BE PAID IF NECESSARY TO TURN OVER THE COLLECTION OF THIS CONTRACT TO AN ATTORNEY.

**NO GUARANTEED SALES**

**EXHIBIT**
Exh. B
Johnstone Aff.

*Scott*
34 RUTLEDGE AVEN[UE]
WHOLESALE DISTRIB[UTION]
Tele[phone]

ORG. ORDER # 104823

INVOICE # 252177

BILL TO
DOUBLE FEATURE
460 VILLAGE SQUARE MALL
EFFINGHAM    IL
                62401

SHIP
SAME

**NOTICE!! SPECIAL INSTRUCTIONS**
Credit Card
Return to A/R
After Billed
Any Mary With
Total
Ran 949.00 11-7-06
OK-40 11-8-06
KEEP ATTACHED UNTIL DELIVERY

**IMPORTANT!!!**
has been double checked.
e or shortage in encounter-
tact the delivering carrier at
r an inspection of damage
ons for filing a claim for
luded in the freight rate is
premium entitling you to
s and damage en route.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 11/04/06 | 04 | | | | | |
| 11/07/06 | 11/07/06 | | UPS | | | | 6 |

| Item | Qty | Unit | Description | UPC | Price | | Total |
|---|---|---|---|---|---|---|---|
| SI5679 | 1 | BOX | 1957 FORD THUNDERBIRD-6 ASST PER BOX | 5478196297 | 36.00 | | 36.00 |
| SI5403 | 1 | BOX | 1939 CHEVROLET COUPE 4/PER BOX-ASST | 5478191029 | 24.00 | | 24.00 |
| 50350 | 1 | BOX | 1957 CHEVY EL CAMINO A/ASST BOX | 5478187863 | 24.00 | | 24.00 |
| 24324 | 1 | BOX | 1955 OLDSMOBILE SUPER 88/4 ASST PER BOX | 5478193632 | 24.00 | | 24.00 |
| 50550 | 1 | BOX | 53 CADILLAC SERIES 62 S/TOP 4PER BOX/AST | 5478187856 | 24.00 | | 24.00 |
| SI5541 | 1 | BOX | VW NARDO W 12 SHOW CAR 4 ASST PER BOX | 5478193649 | 24.00 | | 24.00 |
| 220894 | 1 | BOX | 71 CHEVY CHEVELLE CONVERTIBLE/4 ASST-BOX | 5478196946 | 24.00 | | 24.00 |
| SI5503 | 1 | BOX | 1965 CHEVROLET EL CAMINO 4 EA BOX ASST | 5478193041 | 24.00 | | 24.00 |
| SI5681 | 1 | BOX | 1967 CHEVROLET CAMARO SS/4 ASST PER BOX | 5478196398 | 24.00 | | 24.00 |
| SI5410 | 1 | BOX | 1958 CHEVROLET IMPALA 4 ASST PER BOX | 5478191627 | 24.00 | | 24.00 |
| SI5047 | 1 | BOX | 1967 CHEVY CAMARO Z-28 4EA PER BOX/ASST | 5478190472 | 24.00 | | 24.00 |
| SI5438 | 1 | BOX | 1949 FORD COUPE 4/PER BOX-ASST | 5478191628 | 24.00 | | 24.00 |
| SI5665 | 1 | BOX | 1968 CHEVROLET CAMARO SS396/4 EA PER BOX | 5478197427 | 24.00 | | 24.00 |
| SI5405 | 1 | BOX | 1964 CHEVY IMPALA 4 ASST PER BOX | 5478191630 | 24.00 | | 24.00 |
| SI5001 | 1 | BOX | 1969 CORVETTE L88 6EA PER BOX/ASST | 5478190475 | 24.00 | | 24.00 |
| 20934 | 1 | BOX | 1953 FORD CROWN VICTORIAN/4 ASST PER BOX | 5478193630 | 24.00 | | 24.00 |
| SI5462 | 1 | BOX | FORD MUSTANG 1964 1/2-ASST 6/PER BOX | 5478195661 | 24.00 | | 24.00 |
| SI5590 | 1 | BOX | 65 BUICK & EL CAMINO(2EA)/ASST 4 EA BX | 5478193038 | 24.00 | | 24.00 |
| SI5497 | 1 | BOX | 2003 HUMMER H2 SUV 4 EA BX ASST | 5478193037 | 24.00 | | 24.00 |
| SI5682 | 1 | BOX | 1967 CAMARO SS HARDTOP/4 ASST PER BOX | 5478197145 | 24.00 | | 24.00 |
| 97125 | 1 | BOX | BEAD DREAMCATCHER WINDCHIME ASST 2DZ-BX | 5478197125 | 42.00 | | 42.00 |
| SI5616 | 1 | BOX | 1964 FORD MUSTANG CONVERTIBLE/4 ASST-BOX | 5478193426 | 24.00 | | 24.00 |
| SI5666 | 1 | BOX | 1967 FORD MUSTANG GT/4 EACH PER BOX | 5478197428 | 24.00 | | 24.00 |
| SI5121 | 1 | BOX | 1968 CHEVELLE SS396 4 ASST PER BOX | 5478193010 | 24.00 | | 24.00 |
| SI5472 | 1 | BOX | 1940 FORD COUPE/4 ASST PER BOX | 5478193425 | 24.00 | | 24.00 |
| 50230 | 1 | BOX | 1953 CHEVY BELAIR/4 ASST PER BOX | 5478186869 | 24.00 | | 24.00 |
| SI5399 | 1 | BOX | 1949 MERCURY 4 ASST PER BOX | 5478191628 | 24.00 | | 24.00 |
| SI5608 | 1 | BOX | 1939 CHEVROLET COUPE HOT ROD/4 ASST-BOX | 5478196535 | 24.00 | | 24.00 |
| SI5493 | 1 | BOX | 1957 CHEVY BELAIR HOT ROD/4 ASST PER BOX | 5478197144 | 24.00 | | 24.00 |
| SI5494 | 1 | BOX | 1955 CHEVY BEL AIR HOT ROD/4 ASST PER BX | 5478196534 | 24.00 | | 24.00 |
| SI5487 | 1 | BOX | 1955 CHEVY BELAIR NOMAD 4 ASST PER BOX | 5478193648 | 24.00 | | 24.00 |
| SI4980 | 1 | BOX | 1955 CROWN VICTORIA 4 EA BOX ASST | 5478193034 | 24.00 | | 24.00 |
| SI5475 | 1 | BOX | 1940 FORD PICK UP/4 PER BOX | 5478195264 | 24.00 | | 24.00 |
| SI5689 | 1 | BOX | 1956 FORD PICKUP HOT ROD/4 PER BOX | 5478198250 | 24.00 | | 24.00 |
| SI5645 | 1 | BOX | 1940 FORD PICKUP HOT ROD/4 ASST PER BOX | 5478196533 | 24.00 | | 24.00 |
| KN879E | 2 | EA | HAND PAINTED INDIAN EAGLE DAGGER ON PLAC | 5478198131 | 10.00 | | 20.00 |
| KN879W | 2 | EA | HAND PAINTED INDIAN WOLF DAGGER ON PLAC | 5478197371 | 10.00 | | 20.00 |

CONTINUED        PAGE #    1

ICE CHARGE OF 1 1/2% PER MONTH WILL BE
TO ALL BALANCES OVER 60 DAYS OLD.
AN ANNUAL INTEREST RATE OF 18%.

**OFFICE COPY**

IT IS UNDERSTOOD AND AGREED THAT A
REASONABLE ATTORNEY'S FEE WILL BE PAID IF
NECESSARY TO TURN OVER THE COLLECTION OF

# Scott Sales Co Inc

UPC MIN# 054781

P.O. BOX 100905
34 RUTLEDGE AVENUE, NASHVILLE, TENNESSEE 37210
**WHOLESALE DISTRIBUTORS-NOVELTIES AND SOUVENIRS**
Telephone (615) 256-8293

ORG. ORDER # 104823

INVOICE # 252177

**IMPORTANT!!!**
This shipment has been double checked. If any breakage or shortage in encountered please contact the delivering carrier at once. Ask for an Inspection of damage and instructions for filing a claim for damages. Included in the freight rate is an insurance premium entitling you to collect for loss and damage en route.

BILL TO:
DOUBLE FEATURE
460 VILLAGE SQUARE MALL
EFFINGHAM    IL
62401

SHIP TO:
SAME

| | | | | | |
|---|---|---|---|---|---|
| 11/04/06 | 04 | HOUSE | CREDIT CARD | | |
| 11/07/06 | 11/07/06 | | UPS | | 6 |

| Item | Qty | UM | Description | UPC | Price | Total |
|---|---|---|---|---|---|---|
| KN768 | 4 | EA | WYATT EARP GUN KNIFE WITH BADGE | 5478194298 | 15.00 | 60.00 |
| KN767 | 4 | EA | BILLY THE KID GUN KNIFE W/GIFT BOX | 5478194297 | 15.00 | 60.00 |
| TS9441 | 12 | EA | CHIHUAHUA 6" TALL W/MEXICAN HAT | 5478195240 | 3.00 | 36.00 |
| TG1874 | 2 | EA | NATIVE VISIONS BUFFALO DREAMCATCHER | 5478198617 | 12.00 | 24.00 |
| TG8326 | 6 | EA | END OF TRAIL INDIAN DREAMCATCHER 9" TALL | 5478189902 | 5.00 | 30.00 |
| ED6114 | 2 | EA | SMALL REBEL HOUND DOG 10.5" TALL | 5478194563 | 7.00 | 14.00 |
| ED6117 | 1 | DOZ | MINI REBEL HOUND DOG/4 ASST 1 DZ-BOX | 5478197200 | 12.00 | 12.00 |
| BA1989 | 6 | EA | PLAINS INDIAN PICTURE CARVED STONE/2ASST | 5478198289 | 6.00 | 36.00 |
| HG2061 | 6 | EA | INDIAN DESIGN ON CANTEEN | 5478198276 | 6.00 | 36.00 |
| AH1599 | 1 | DOZ | CARVED ARROWHEAD W/SUEDE 4 ASST 1 DZ-BX | 5478197258 | 12.00 | 12.00 |
| ED0368 | 1 | DOZ | INDAIN VASE W/FEATHER & WRITING 4 ASST | 5478198231 | 24.00 | 24.00 |
| ED0156 | 4 | EA | INDIAN VASE W/DRAWINGS & LEATHER-4 ASST | 5478197293 | 6.00 | 24.00 |

RCVD. CASES ____

FULL NAME: ____
DATE: ____
DELIVERED BY: ____

SUB-TOTAL    1,278.00
FREIGHT         76.99
INVOICE TOTAL  1,354.99

88
101300

312440    NOV 08, 2006
SERVICE GNDCOM                ACT WT  261.0    #PK 6
TRACKING# 1Z31244003355224313 BILL WT 261
REF 1: 104823
REF 2:

HANDLING CHARGE $3.00          DV AMT   $1500.00
REFERENCE RATE CHARGES:
DV  $9.00                      SERVICE  $64.99
DC  $0.00    COD  $0.00        RS       $0.00
AH  $0.00    HZMT $0.00        SD       $0.00
TOT REF CHG $73.99   NTFY $0.00   SP    $0.00
                     REF+HANDLING $76.99

104823                  VISIT OUR WEBSITE WWW.SCOTTSALES.NET            PAGE #   2

/ICE CHARGE OF 1 1/2% PER MONTH WILL BE
) TO ALL BALANCES OVER 60 DAYS OLD.
) AN ANNUAL INTEREST RATE OF 18%.

**OFFICE COPY**

IT IS UNDERSTOOD AND AGREED THAT A
REASONABLE ATTORNEY'S FEE WILL BE PAID IF
NECESSARY TO TURN OVER THE COLLECTION OF
THIS CONTRACT TO AN ATTORNEY.