# EXHIBIT 4

## TO

**DEFENDANT SCOTT SALES COMPANY, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND, IN THE ALTERNATIVE, TO TRANSFER ACTION PURSUANT TO 28 U.S.C. §1404(a)**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIVE AMERICAN ARTS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCOTT SALES COMPANY, INC., )<br>)<br>Defendant. )<br>_____ ) | Civil Action File No.: 07-CV-6113<br>Judge Gottschall<br>Magistrate Judge Denlow |

**<u>DEFENDANT SCOTT SALES COMPANY, INC.'S INITIAL DISCLOSURES</u>**

Pursuant to, and as required by, Rule 26(a)(1) Federal Rules of Civil Procedure and without waiver of defenses asserted under Rules 12(b)(2) and 12(b)(3) Federal Rules of Civil Procedure, Defendant Scott Sales Company, Inc. submits the following as its Initial Disclosures:

(A) <u>Name of Individuals Likely to Have Discoverable Information that Scott Sales Company, Inc. May Use to Support Defenses, Identifying the Subjects of the Information</u>:

    1)    Don Scott
          c/o Scott Sales Company, Inc.
          34 Rutledge Avenue
          Nashville, TN 37210
          615-255-7870
          (Defendant Representative)

    2)    James Scott
          c/o Scott Sales Company, Inc.
          34 Rutledge Avenue
          Nashville, TN 37210
          615-255-7870
          (ordering of product from Scott Sales suppliers)



EXHIBIT
Exh. 4
Scott Sales
Motion

3)  Ron Crook
    c/o Scott Sales Company, Inc.
    34 Rutledge Avenue
    Nashville, TN 37210
    615-255-7870
    (selling of project/lack of confusion)

4)  Bryon Skadburg
    c/o Scott Sales Company, Inc.
    34 Rutledge Avenue
    615-255-7870
    (selling of product/lack of confusion)

5)  Noel Bird
    c/o Scott Sales Company, Inc.
    34 Rutledge Avenue
    615-255-7870
    (selling of product/lack of confusion)

6)  David Watson
    c/o Scott Sales Company, Inc.
    34 Rutledge Avenue
    615-255-7870
    (selling of product/lack of confusion)

7)  Bill Gott
    c/o Scott Sales Company, Inc.
    34 Rutledge Avenue
    615-255-7870
    (selling of product/lack of confusion)

8)  John Cassano
    8512 Coral Creek Loop
    Hudson, FL 34667
    (selling of product/lack of confusion)

9)  Marjie Woodard
    P.O. Box 2097
    Sylve, NC 28779
    (selling of product/lack of confusion)

10) Exclusive Distributors Corp.
    140 County Road
    Cullman, AL 35058
    (selling of product to Defendant)

11) Trippie's Inc.
287 Elam Road
Roy, Ohio  45672
(selling of product to Defendant)

12) Sigma Impex
140 Ethel Road, West
Suite 8
Piscataway, NJ  08854
(selling of product to Defendant)

13) Szco Supplies, Inc.
P.O. Box 6353
Baltimore, MD  21230
(selling of product to Defendant)

14) IAC International
34001 Hiawatha Avenue
Minneapolis, MN  55406
(selling of product to Defendant)

15) Attached to this Initial Disclosure is a current customer list of entities which have purchased the product(s) at issue in this action during the past thirteen (13) months.

16) All persons or entities identified in the documents submitted herewith.

(B) Copy of all Documents Presently Known by Scott Sales Company, Inc. in Its Possession, Custody or Control Which It May Use to Support Its Defenses.

1) Examples of product and packaging of Exhibits A-P of Complaint (already in possession of Plaintiff);

2) Scott Sales Company, Inc. internet web pages showing product that is set forth in Exhibits A-P of Complaint (already in possession of Plaintiff);

3) Listing of Scott Sales Company, Inc. customers who in the past thirteen (13) months have purchased from Scott Sales product(s) set forth in Exhibits A-P to the Complaint;

4) Documents showing the sale of product(s) listed as Exhibits A-P to the Complaint from Scott Sales in the past twelve (12) months (note: quantity numbers shown are quantity of individual product, not necessarily number

3

    of boxes/packages) (note: last twelve (12) month history of item KN671 is not available because of the substitution of that item with SZ0296 – the identical item from another supplier);

  5)  Documents showing the ordering of product listed as Exhibit A-P to the Complaint by Scott Sales Company, Inc.;

  6)  Document showing the gross revenues and gross profits (gross revenues minus cost of goods, shipping and commission) of all product listed as Exhibits A-P to the Complaint sold by Scott Sales; and

  7)  Documents showing all of the Scott Sales Company, Inc. sales to entities in Illinois from 2004 forward.

(C)  <u>Relevant Insurance Agreements</u>.

This information was provided to Plaintiff's counsel on or about December 8, 2007.

  This 30th day of January, 2008.

            Respectfully submitted,

            */s/ J. Graham Matherne*
            William W. Gibson (Pro Hac Vice)
            J. Graham Matherne (Pro Hac Vice)
            Wyatt, Tarrant & Combs, LLP
            Suite 1500
            2525 West End Avenue
            Nashville, TN  37203
            615-244-0020
            Fax:  615-256-1726
            Attorneys for Defendant Scott Sales Company, Inc.

            Alan F. Curley
            Robinson, Curley & Clayton, P.C.
            Suite 1700
            300 South Wacker Drive
            Chicago, IL  60606
            312-663-3100
            Fax:  312-663-0303
            Attorney for Defendant Scott Sales Company, Inc.