# EXHIBIT 5

## TO

## DEFENDANT SCOTT SALES COMPANY, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND, IN THE ALTERNATIVE, TO TRANSFER ACTION PURSUANT TO 28 U.S.C. §1404(a)

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TENNESSEE MIDDLE** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,861 | 1,729 | 1,911 | 1,928 | 1,775 | 2,198 | U.S. | Circuit |
| | Terminations | | 1,831 | 2,064 | 1,945 | 1,971 | 1,895 | 1,720 | | |
| | Pending | | 1,582 | 1,563 | 1,907 | 1,979 | 2,022 | 2,146 | | |
| | % Change in Total Filings | Over Last Year | | 7.6 | | | | | 8 | 1 |
| | | Over Earlier Years | | | -2.6 | -3.5 | 4.8 | -15.3 | 80 | 9 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 466 | 433 | 477 | 482 | 445 | 550 | 34 | 2 |
| | | Civil | 384 | 342 | 393 | 398 | 372 | 499 | 22 | 2 |
| | | Criminal Felony | 63 | 70 | 63 | 65 | 60 | 51 | 55 | 5 |
| | | Supervised Release Hearings** | 19 | 21 | 21 | 19 | 13 | - | 55 | 7 |
| | Pending Cases | | 396 | 391 | 477 | 495 | 506 | 537 | 39 | 5 |
| | Weighted Filings** | | 479 | 461 | 541 | 558 | 546 | 760 | 34 | 2 |
| | Terminations | | 458 | 516 | 486 | 493 | 474 | 430 | 41 | 5 |
| | Trials Completed | | 29 | 34 | 33 | 39 | 34 | 34 | 16 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 10.5 | 12.5 | 12.6 | 10.3 | 10.9 | 10.3 | 70 | 7 |
| | | Civil** | 10.2 | 12.1 | 10.9 | 12.5 | 10.0 | 10.6 | 56 | 4 |
| | From Filing to Trial** (Civil Only) | | 25.4 | 24.0 | 23.0 | 27.0 | 26.0 | 27.3 | 45 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 47 | 115 | 198 | 57 | 56 | 69 | | |
| | | Percentage | 3.6 | 8.9 | 12.4 | 3.4 | 3.1 | 3.6 | 23 | 2 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.3 | 1.5 | 1.5 | 1.9 | 2.0 | | |
| | Jurors | Avg. Present for Jury Selection | 47.11 | 46.93 | 31.89 | 34.92 | 30.11 | 27.46 | | |
| | | Percent Not Selected or Challenged | 47.9 | 43.9 | 20.8 | 31.5 | 22.2 | 25.7 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1535 | 89 | 230 | 257 | 24 | 102 | 107 | 138 | 97 | 63 | 324 | 1 | 103 |
| Criminal* | 250 | 6 | 38 | 19 | 76 | 32 | 23 | 8 | 7 | 7 | 5 | 11 | 18 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."



EXHIBIT
Exh. 5
Scott Sales
Motion

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ILLINOIS NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,093 | 9,056 | 10,584 | 11,126 | 11,135 | 10,957 | U.S. | Circuit |
| | Terminations | | 8,255 | 8,805 | 11,461 | 10,888 | 10,709 | 10,319 | | |
| | Pending | | 7,711 | 7,914 | 7,706 | 8,699 | 8,587 | 8,271 | | |
| | % Change in Total Filings | Over Last Year | -10.6 | | | | | | 78 | 6 |
| | | Over Earlier Years | | -23.5 | -27.3 | -27.3 | -26.1 | | 92 | 7 |
| Number of Judgeships | | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| Vacant Judgeship Months** | | | 5.7 | 12.0 | 9.6 | 22.1 | 17.8 | 3.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 367 | 412 | 481 | 505 | 506 | 498 | 66 | 5 |
| | | Civil | 330 | 369 | 437 | 461 | 459 | 470 | 46 | 4 |
| | | Criminal Felony | 26 | 34 | 32 | 38 | 39 | 28 | 90 | 7 |
| | | Supervised Release Hearings** | 11 | 9 | 12 | 6 | 8 | - | 78 | 6 |
| | Pending Cases | | 351 | 360 | 350 | 395 | 390 | 376 | 61 | 4 |
| | Weighted Filings** | | 443 | 485 | 512 | 526 | 525 | 503 | 43 | 4 |
| | Terminations | | 375 | 400 | 521 | 495 | 487 | 469 | 66 | 5 |
| | Trials Completed | | 11 | 13 | 12 | 12 | 14 | 15 | 86 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 13.9 | 12.9 | 10.3 | 9.9 | 10.3 | 9.9 | 87 | 7 |
| | | Civil** | 6.5 | 6.9 | 5.9 | 5.5 | 5.5 | 5.6 | 7 | 2 |
| | From Filing to Trial** (Civil Only) | | 26.4 | 27.0 | 28.4 | 26.0 | 26.0 | 26.3 | 51 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 500 | 388 | 337 | 442 | 461 | 485 | | |
| | | Percentage | 7.4 | 5.6 | 5.0 | 5.6 | 6.0 | 6.4 | 61 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.8 | 1.9 | 1.9 | 1.7 | 1.7 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 45.07 | 51.46 | 39.36 | 45.57 | 43.63 | 39.43 | | |
| | | Percent Not Selected or Challenged | 30.9 | 36.9 | 31.0 | 37.3 | 34.8 | 36.7 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7265 | 112 | 175 | 631 | 42 | 110 | 1401 | 977 | 565 | 496 | 1490 | 39 | 1227 |
| Criminal* | 576 | 1 | 161 | 44 | 63 | 140 | 60 | 23 | 12 | 17 | 5 | 18 | 32 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."