IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | No. 07 C 6113 |
| Plaintiff, | ) | |
| v. | ) | Honorable Joan B. Gottschall |
| | ) | Magistrate Judge Denlow |
| SCOTT SALES COMPANY, INC., | ) | |
| | ) | |
| Defendant | ) | |

### NOTICE OF MOTION

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that on Thursday, March 20, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before The Honorable Joan B. Gottschall, or any Judge sitting in her stead, in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant Scott Sales Company, Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction and, in the Alternative, to Transfer Action Pursuant to 28 U.S.C. § 1404(a)**, a copy of which is herewith served upon you.

Respectfully submitted,

/s/ Alan F. Curley

Alan F. Curley
Lydia Bueschel
Robinson Curley & Clayton, P.C.
Suite 1700
300 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 663-3100
Telecopier:  (312) 663-0303

William W. Gibson
J. Graham Matherne
Wyatt, Tarrant & Combs, LLP
2525 West End Avenue, Suite 1500
Nashville, TN  37203
Telephone:  (615) 244-0020
Telecopier:  (615) 256-1726
      Attorneys for Defendant Scott Sales Company, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the District Court using the CM/EFC system, which sent notification of such filing to the following individuals:

>Michael P. Mullen
>Scott M. Kolosso
>Mullen & Foster
>203 North Wabash Avenue, Suite 2300
>Chicago, Illinois 60601

/s/ Alan F. Curley