

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6113 | **DATE** | 4/9/2008 |
| **CASE TITLE** | Native American Arts vs. Scott Sales Company, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Permanent Injunction and Order. Enter Agreed Order/Stipulation of Dismissal of Action With Prejudice. It is hereby ordered that this action is dismissed with prejudice. All pending dates and/or motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|