

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIVE AMERICAN ARTS, INC., ) | |
| ) | Civil Action File No.: 07-CV-6113 |
| Plaintiff, ) | Judge Gottschall |
| ) | Magistrate Judge Denlow |
| vs. ) | |
| ) | |
| SCOTT SALES COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**AGREED ORDER/STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to Rule 41(a)(1) Fed. R. Civ. P., the Court is apprised that the parties to this action have agreed upon a settlement of this dispute, which includes entry by this Court of an Order of Dismissal of Action With Prejudice.

Being so apprised, and as shown by the signature of the parties' respective counsel, the dismissal of this action <u>with prejudice</u> is so stipulated and is hereby ORDERED, this the ____ day of April, 2008.

_____
JOAN B. GOTTSCHALL, JUDGE

AGREED TO AND SUBMITTED FOR ENTRY:

_____
Michael P. Mullen
Mullen & Foster
203 N. Wabash Avenue, Suite 2300
Chicago, IL 60601
312-750-1600
Fax: 312-750-1651

*Counsel for Plaintiff Native American Arts, Inc.*

*/s/ Graham Matherne*
William W. Gibson (Pro Hac Vice)
J. Graham Matherne (Pro Hac Vice)
Wyatt, Tarrant & Combs, LLP
2525 West End Avenue, Suite 1500
Nashville, TN 37203
615-244-0020
Fax: 615-256-1726

Alan F. Curley
Robinson, Curley & Clayton, P.C.
Suite 1700
300 South Wacker Drive
Chicago, IL 60606
312-663-3100
Fax: 312-663-0303

*Counsel for Defendant Scott Sales Company, Inc.*

45367825.1

2